UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN BELL, III,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

20-CV-9664 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued April 6, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 6, 2021
         New York, New York

                                                      *Louis L. Stanton*
                                                      Louis L. Stanton
                                                          U.S.D.J.